1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12  BRIAN ALLEN,                    )
                                    )
13              Petitioner,         )   Case No.  CV 14-267-DDP(AJW)
                                    )
14  v.                              )
                                    )
15  E. VALENZUELA, Warden,          )  JUDGMENT
                                    )
16              Respondent.         )
    _____)

17

18      **It is hereby adjudged** that the petition for a writ of habeas

19  corpus is dismissed for lack of jurisdiction.

20

21  Dated:  March 27, 2014

22

23                                   _____
                                     Dean D. Pregerson
24                                   United States District Judge

25

26

27

28